UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MARGARET MOELLERING, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )  No. 4:04CV1211-SNL |
| | ) |
| WAL-MART STORES EAST, L.P., | ) |
| | ) |
| Defendant. | ) |

## ORDER

**IT IS HEREBY ORDERED** that this case is dismissed, pursuant to the stipulation filed by the parties on July 5, 2005.

Dated this   11th   day of July, 2005.

_____
SENIOR UNITED STATES DISTRICT JUDGE